IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00913-PSF-OES

ESTATE OF MICHAEL DARIELL BRANCH, SR.,
by its Personal Representative Valorie Jamison Waldon, et al.,

Plaintiff(s),

vs.

PATRISHA McEACHERN; and
CITY OF NORTHGLENN,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 3, 2005

      Plaintiff's Unopposed Motion to Modify Scheduling Order [filed November 2, 2005, Document 27] is GRANTED.  The Scheduling Order shall be amended to reflect the following dates and deadlines:

- Plaintiffs expert disclosures      December 19, 2005

- Defendants expert disclosures      January 23, 2006

- Rebuttal disclosures      February 27, 2006

- Discovery cutoff      April 3, 2006

- Dispositive motions deadline      May 15, 2006