IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00913-PSF-MEH

ESTATE OF MICHAEL DARIELL BRANCH, SR., by its Personal Representative
Valorie Jamison Waldon;
MICHAEL BRANCH, JR. and
AMBER RENEE' BRANCH, by their mother and Next Friend
Cynthia Louise Branch; and
CARRINGTON ENGLISH BRANCH, by his mother and Next Friend
Cynthia Elizabeth Branch,

    Plaintiffs,

v.

PATRISHA McEACHERN; and
CITY OF NORTHGLENN,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

    This matter is before the Court on plaintiffs' Unopposed Motion for Administrative Closure (Dkt. # 48).  In light of plaintiffs' statements regarding settlement set forth in said motion and upon review of the file, it is hereby ORDERED that the case is administratively closed subject to reopening for good cause.  The Clerk of the Court is DIRECTED to close this action pursuant to D.C.COLO.LCivR 41.2.

    DATED: June 2, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge